United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 18, 2025
Lyle W. Cayce
Clerk

No. 25-20261

Venisha Arnold,

*Plaintiff—Appellant*,

versus

1600 West Loop South, L.L.C., *doing business as* The Post Oak at Uptown Houston; Joshua Barry; Kevin Malonson; Chris Horan; Robert Malonson,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-1337

ON PETITION FOR REHEARING EN BANC

Before Davis, Jones, and Ho, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.